UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00107-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VALERIE ANN SAIZ,

    Defendant.

---

**ORDER**

---

This Matter is before the CJA Request for Lodging, filed by counsel for Defendant on October 31, 2011 [ECF No. 32]. Upon review of the request and the file in this matter, I find that counsel's request should be **GRANTED**.

    Dated: November 1, 2011

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge